```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

CARLTON HOWARD,                    \*

      Petitioner,              \*

vs.                                \*

                                          CASE NO. 4:06-CV-32 (CDL)

CYNTHIA NELSON, Warden,            \*

      Respondent.              \*

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 20, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of August, 2006.

                                                  S/Clay D. Land
                                                      CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE